# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANADIVISION

TALITHA L. HARRIS,

    Plaintiff,

v.

CRESCENT BANK & TRUST,

    Defendant.

Case No.  2:19-cv-02221-CSB-EIL

Honorable Judge Colin S. Bruce

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TALITHA L. HARRIS, and the Defendant, CRESCENT BANK & TRUST,   through their respective counsel that the above-captioned action is dismissed, with prejudice, against, CRESCENT BANK & TRUST, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 1, 2020

Respectfully Submitted,

**TALITHA L. HARRIS**

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :( 630) 575-8188
nvolheim@sulaimanlaw.com

**CRESCENT BANK & TRUST,**

/s/ Brendan H. Little (*with consent*)
Brendan H. Little
*Counsel for Defendant*
Lippes Mathias Wexler Friedman, LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Phone: (716) 853-5100
Fax: (716) 853-5199
blittle@lippes.com

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim